In the Matter of the Petition of MYER KELMENSON, Appellant, for Confirmation of an Award in Arbitration Made by the JEWISH COURT OF ARBITRATION, INC. BARNETT KELMENSON, Petitioner, Respondent, v. MYER KELMENSON, Appellant. — Appeal dismissed, without costs, upon the ground that subsequent to the entry of the order appealed from a motion was made for reargument which was granted, altering the disposition of the matter as now presented. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to modify so as to provide that the matter be re-submitted to the arbitration board which should proceed to re-hear the same and make new findings limited, however, only to the parties to the written submission dated October 11, 1937, specifically stating the issues actually submitted and annexing to their findings a complete copy of the complaint specifying such issues and the answer of the petitioner if one was filed.

BESSIE D. ROBINSON, Respondent, v. CARL G. AMEND and Another, as Executors, etc., of OTTO P. AMEND, Deceased, Appellants. — Judgment unanimously modified by eliminating interest prior to the date of demand on executors, thus reducing judgment to $53,750, and, as so modified affirmed, without costs. No opinion. Settle order on notice. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

SOL WEISMAN, Appellant, v. PEARL WEISMAN, Respondent. — Order reversed and the motion granted, on the ground that the verdict is against the weight of the credible evidence. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes for affirmance.

MARGARET G. DAVIS and ELEANOR H. DAVIS, Respondents, v. MODERN INDUSTRIAL BANK and Others, Defendants, Impleaded with CHARLES H. GRIFFITHS, Appellant. — Orders reversed, with twenty dollars costs and disbursements, and plaintiffs' motion for summary judgment denied, and defendant's cross-motion for summary judgment granted, on the authority of *Moskowitz* v. *Equitable Life Assurance Society of the United States* (252 App. Div. 75). Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Glennon, J., dissents on the authority of *Schoenholz* v. *N. Y. Life Insurance Co.* (234 N. Y. 24, and cases therein cited.) Settle order on notice.